# EISNER & ASSOCIATES, P.C.

ATTORNEYS AT LAW

39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK  10006

(212) 473-8700
(212) 473-8705  FAX
www.eisnerassociates.com

EUGENE G. EISNER
BENJAMIN N. DICTOR
THOMAS J. LAMADRID

OF COUNSEL
NATHANIEL K. CHARNY
ROGER J. BERNSTEIN

July 1, 2016

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re:  Rodriguez v. Avondale Care Group, LLC. *et al.,* No. 16 Civ. 3084 (AT)

Dear Judge Torres:

   This office represents plaintiff in the above-referenced matter. Pursuant to your order of June 27, 2016, we submit this letter in response to defendants' letter to the Court dated June 24, 2016.

   Based on my discussions with defendants' counsel, defendants' June 24 letter to the Court, and defendants' June 24 letter to me, plaintiff will file an amended complaint by July 15, 2016.

Respectfully submitted,

Thomas J. Lamadrid

cc:   Marguerite L. Jonak, Esq.
      *Attorney for Defendants*