UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELFINA RODRIGUEZ,<br><br>                    Plaintiff,<br><br>       -against-<br><br>AVONDALE CARE GROUP, LLC d/b/a<br>AVONDALE CARE GROUP, PETER<br>CARROL, LORNA GRAZIO,<br><br>                    Defendant. | 1:16 Civ. 03084<br><br>**NOTICE OF MOTION** |

**NOTICE OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE that, upon this Notice of Motion, the attached Memorandum of Law in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, Defendants' Statement of Material Facts pursuant to Local Rule 56.1, the Declarations of Jeanette Dixon and Raina Van Dyke and exhibits attached thereto filed concurrently herewith, all of the pleadings, files, and records in this proceeding, Defendants AVONDALE CARE GROUP, LLC d/b/a AVONDALE CARE GROUP, PETER CARROL, and LORNA GRAZIO (collective "Avondale Care") will and hereby do move this Court, before the Honorable Sarah Netburn, on October 23, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order granting summary judgment in favor of

/ / /

/ / /

/ / /

/ / /

Avondale Care and denying Plaintiff DELFINA RODRIGUEZ's motion for summary, and such other and further relief as requested and as the Court deems just and proper in the above-captioned case, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

DATED:  New York, New York
        September 1, 2017

        MANNING & KASS
        ELLROD, RAMIREZ, TRESTER LLP

        By: /s/ Jeanette L. Dixon
           Jeanette L. Dixon
           *jld@manningllp.com*

        One Battery Park Plaza, 4th Floor
        New York, New York 10004
        (212) 858-7769

        Attorneys for AVONDALE CARE GROUP, LLC., PETER CARROLL and LORNA GRAZIO