UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELFINA RODRIGUEZ,<br><br>                Plaintiff,<br><br>-against-<br><br>AVONDALE CARE GROUP, LLC d/b/a AVONDALE CARE GROUP, PETER CARROL, LORNA GRAZIO,<br><br>                Defendant. | 1:16 Civ. 03084<br><br>**AFFIRMATION OF JEANETTE L. DIXON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, Jeanette L Dixon, affirm as follows:

1.      I am an attorney duly admitted to practice before this Court. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, AVONDALE CARE GROUP, LLC d/b/a AVONDALE CARE GROUP, PETER CARROL, and LORNA GRAZIO. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein. I make this affirmation in support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

2.      Attached hereto as **"Exhibit A"** is a true and correct copy of "Essential Functions" of a home health aide at Avondale Care Group, signed by Plaintiff and dated May 11, 2011.

3.      Attached hereto as **"Exhibit B"** is a true and correct copy of a report of Plaintiff's shifts as a home health aide, from August 18, 2012 through August 30, 2016.

4.      Attached hereto as **"Exhibit C"** is a true and correct copy of an excerpt of the Employee Handbook that Plaintiff received.

5.  Attached hereto as **"Exhibit D"** is a true and correct copy of the Employee Acknowledgment Form signed by Plaintiff on May 11, 2011, which acknowledges that Plaintiff received a copy of the Employee Handbook.

6.  Attached hereto as **"Exhibit E"** is a true and correct copy "Essential Functions" of a home health aide at Avondale Care Group.

7.  Attached hereto as **"Exhibit F"** are true and correct copies of certifications of trainings that Plaintiff received and the accompanying tests that Plaintiff completed.

8.  Attached hereto as **"Exhibit G"** is a true and correct copy of Time Management and Billing-Compliance Program, signed by Plaintiff on May 26, 2015.

9.  Attached hereto as **"Exhibit H"** is a true and correct copy of the Reporter's Transcript of the Deposition of Plaintiff Delfina Rodriguez, taken on January 31, 2017.

10. Attached hereto as **"Exhibit I"** is a true and correct copy of the Reporter's Transcript of the Continued Deposition of Plaintiff Delfina Rodriguez, taken on February 23, 2017.

11. Attached hereto as **"Exhibit J"** are true and correct copies of excerpts of Duty Sheet reports, which identify the duties Plaintiff identified having undertaken during a given shift. The excerpts are specific to when Plaintiff identified that she had taken her sleep and meal breaks.

12. Attached hereto as **"Exhibit K"** is a true and correct copy of Plaintiff's Response to Defendants' First Set of Interrogatories, dated January 3, 2017 and verified by Plaintiff on that same day.

13. Attached hereto as **"Exhibit L"** are true and correct copies of Payroll Concern Forms completed by Plaintiff, and an accompanying Plaintiff's Earning Statement showing the payroll correction.

14. Attached hereto as **"Exhibit M"** are true and correct copies of Plaintiff's Earning Statements' records that Defendants maintained.

15.  Attached hereto as **"Exhibit N"** is a true and correct copy of Plaintiff's Duty Sheet as to Patient (904860).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York City, New York on the 1st day of September, 2017.

                                                        /s/ Jeanette L. Dixon
                                                           Jeanette L. Dixon